**540**

**Roy P. McDONALD, Plaintiff-Appellant,**

v.

**SUN OIL COMPANY (DELAWARE),
Defendant-Appellee.**

No. 78–2013

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 8, 1981.

Nelson J. Cantrelle, Jr., Gretna, La., for plaintiff-appellant.

Bienvenu, Foster, Ryan & O'Bannon, Hugh M. Glenn, Jr., Michael R. Sistrunk, New Orleans, La., for Sun Oil Co. (Delaware).

Before BROWN, TJOFLAT and FRANK M. JOHNSON, Jr., Circuit Judges.

BY THE COURT:

ORDER TO DISMISS

The case, 631 F.2d 1263, having been dismissed by settlement, the appeal is also dismissed.

**Robert H. GRAY, Jr., Plaintiff-Appellant,**

v.

**CHEVRON OIL COMPANY,
Defendant-Appellee.**

No. 78–2226

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 8, 1981.

Christopher J. Roy, T. Gerald Henderson, James J. Brady, Alexandria, La., for plaintiff-appellant.

McLoughlin, Barranger, Provosty & Melancon, Lloyd C. Melancon, New Orleans, La., for Chevron Oil Co.

Before BROWN, TJOFLAT and FRANK M. JOHNSON, Jr., Circuit Judges.

PER CURIAM:

Upon remand directed by us, *Gray v. Chevron Oil Company*, 631 F.2d 1263 (5th Cir. 1980), the District Court reconsidered the case in the light of *Blanchard v. Engine and Gas Compressor Services, Inc.*, 613 F.2d 65 (5th Cir. 1980), and correctly granted summary judgment to Chevron Oil Company holding it to have been a Louisiana statutory employer. AFFIRMED.